UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE

In re:

WATLER, JOHN

Case No.: 08-18753-BKC-RBR
Chapter 7

Debtor.
_____/

**NOTICE OF DEPOSIT OF FUNDS WITH THE U.S. BANKRUPTCY COURT CLERK**

U.S. BANKRUPTCY COURT
SO. DISTRICT OF FLORIDA

OCT  1  2009

FILED _____ RECEIVED _____

Notice is hereby given that:

(  )   The Trustee has a balance of $_____ remaining in the Trustee's account
       Which represents unpresented checks drawn and mailed to entities pursuant to the final distribution under U.S.C. § 726, 1226 or 1326 in a case under chapter 7, 12 or 13. The Trustee has made a good faith effort to verify the correct mailing addresses for said entities and deliver the funds before presenting this notice.
       More than sufficient time has passed for these checks to be presented for payment; or

( X )  The Trustee has a balance of $ **4.13** remaining in the Trustee's account
       which represents small dividends as defined by Bankruptcy Rule 3010.

Attached and made a part of this notice is a list, pursuant to Bankruptcy Rule 3011, of the names, claim numbers and addresses of the claimants and the amount to which each is entitled.

WHEREFORE, the Trustee hereby gives notice that the above states sum has been deposited with the Clerk of the U.S. Bankruptcy Court, Southern District of Florida, to effect closing of this estate.

Date: September 29, 2009.

/s/ Les Osborne
Les Osborne, Trustee
1300 N. Federal Hwy., #203
Boca Raton, FL 33432
Tel: 561-368-2200

Copies to:
Watler, John, 1450 Se 3rd Ave Apt 102, Dania, FL 33004
Timothy S. Kingcade Esq, Kingcade & Garcia P.A., 1370 Coral Way, Miami, FL 33145
U. S. Trustee's office (electronically)